# MEMORANDUM

**To:** The Honorable Dominic J. Squatrito
U.S. District Judge

**From:** Kattya López
U.S. Probation Officer - Hartford

**Subject:** MORALES-COLON, Genaro
Dkt. No: 3:03CR00233(DJS)
**EARLY TERMINATION REQUEST**

**Date:** April 15, 2005

On January 10, 2001, Mr. Morales-Colon was sentenced by The Honorable Hector F. Laffitte, U.S. District Judge for the District of Puerto Rico to 30 months imprisonment followed by 5 years of supervised release after pleading guilty to Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. At that time, the Court ordered that Mr. Morales-Colon shall provide the U.S. Probation Office access to any financial information upon request.

Mr. Morales-Colon commenced his term of supervised release on October 4, 2002 and, therefore, has over two years left of supervision. Mr. Morales-Colon has been in full compliance, attending every office visit punctually and working full time since his release from custody. Mr. Morales-Colon is a 33-year old male who resides with his girlfriend and her three children. Mr. Morales-Colon is a good candidate for early termination as he is no longer in need of further supervision.

On June 10, 2003, a transfer of jurisdiction was requested from the District of Puerto Rico. This request was granted and received in the District of Connecticut and assigned to Your Honor on July 15, 2003.

On April 5, 2005, I spoke with Assistant U.S. Attorney Nora Dannehy who indicated that she has no objections to the early termination request.

Therefore, it is respectfully recommended that the Court grant early termination on Mr. Morales-Colon's supervised release term.

Should Your Honor wish to discuss this matter further, I am available at your convenience.

MORALES-COLON, GENARO
April 6, 2005
Page 2

APPROVED:                                          DENIED:

_____                    _____
The Honorable Dominic J. Squatrito                 The Honorable Dominic J. Squatrito
United States District Judge                       United States District Judge
Alvin W. Thompson

Date: April 14, 2005                               Date: _____

KL/dmb

U.S. PROBATION OFFICE
HARTFORD

Apr 14  9 49 AM '05

RECEIVED