PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Genaro Morales-Colon

Crim #: 3:03CR00233(DJS)

Re: **Early Termination of Supervision**

On October 4, 2002, the above named offender was placed on **SUPERVISED RELEASE** for a period of **five** years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_Kattya López_
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 14th day of April, 2005.

The Honorable ~~Dominic J. Squatrito~~ Alvin W. Thompson
Senior United States District Court Judge

U.S. PROBATION OFFICE
HARTFORD

RECEIVED
Apr 14  9 49 AM '05